**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2362

DENISE J. LECLAIR,

Plaintiff - Appellant,

versus

SHERMAN B. LUBMAN, Trustee,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-01-71-3, BK-98-35239-T)

Submitted: February 21, 2002        Decided: March 4, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Denise J. LeClair, Appellant Pro Se. Kevin Allan Lake, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denise J. LeClair appeals from the district court's order affirming the bankruptcy court's order authorizing the bankruptcy trustee to execute a deed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See LeClair v. Lubman, Nos. CA-01-71-3; BK-98-35239-T (E.D. Va. Oct. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED